IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALPER KARAALI, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:15-cv-3454 |
| | § | |
| UBER TECHNOLOGIES, INC., | § | |
| | § | |
| Defendant. | § | |

**INDEX OF MATTERS BEING FILED SUPPORTING DEFENDANT UBER TECHNOLOGIES, INC.'S NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §1446, in support of its Notice of Removal, Defendant Uber

Technologies, Inc. provide the Court with the attached documentation:

| Exhibit | Description | Date | APP |
|---|---|---|---|
| 1 | Case Summary Sheet | 11/23/15 | 1-2 |
| 2 | Original Petition | 10/22/15 | 3-8 |
| 3 | Affidavit of Indigency | 10/22/15 | 9-11 |
| 4 | Exhibit 1 to Petition | 10/22/15 | 12-15 |
| 5 | Exhibit 2 to Petition | 10/22/15 | 16-18 |
| 6 | Exhibit 3 to Petition | 10/22/15 | 19-22 |
| 7 | Civil Case Information Sheet | 10/22/15 | 23-24 |
| 8 | Civil Process Request | 10/22/15 | 25-26 |
| 9 | Citation | 10/30/15 | 27-30 |
| 10 | Defendant's Original Answer and Affirmative Defenses | 11/20/15 | 31-35 |
| 11 | Declaration of Michael Colman in Support of Defendant's Removal of Civil Action From State Court | 11/23/15 | 36-37 |

Dated:  November 24, 2015                Respectfully submitted,


                                         *s/ Vicki L. Gillette*
                                         Vicki L. Gillette
                                         Texas Bar No. 08957325
                                         vgillette@littler.com
                                         Jonathan G. Rector
                                         Texas Bar No. 24090347
                                         jrector@littler.com

                                         LITTLER MENDELSON, PC
                                         2001 Ross Avenue
                                         Suite 1500, Lock Box 116
                                         Dallas, TX  75201-2931
                                         214.880.8100
                                         214.880.0181 (Facsimile)

                                         ATTORNEYS FOR DEFENDANT
                                         UBER TECHNOLOGIES, INC.


## CERTIFICATE OF SERVICE

On November 24, 2015, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Southern District of Texas, using the Case Management/Electronic Case Filing System (CM/ECF).  I hereby certify that I have served by certified mail, return-receipt requested, the following party:

Alper Karaali, *pro se*
538 Ivy Cross Lane
Sugar Land, TX  77479


                                         *s/ Vicki L. Gillette*
                                         Vicki L. Gillette

# Exhibit 1

**HCDistrictclerk.com**  KARAALI, ALPER vs. UBER TECHNOLOGIES INC          11/23/2015
Cause: 201563015       CDI: 7     Court: 151

## APPEALS
No Appeals found.

## COST STATMENTS
No Cost Statments found.

## TRANSFERS
No Transfers found.

## POST TRIAL WRITS
No Post Trial Writs found.

## ABSTRACTS
No Abstracts found.

## SETTINGS
No Settings found.

## NOTICES
No Notices found.

## SUMMARY

### CASE DETAILS

| | | | |
|---|---|---|---|
| **File Date** | 10/22/2015 | | |
| **Case (Cause) Location** | Civil Intake 1st Floor | | |
| **Case (Cause) Status** | Active - Civil | | |
| **Case (Cause) Type** | OTHER CIVIL | | |
| **Next/Last Setting Date** | N/A | | |
| **Jury Fee Paid Date** | N/A | | |

### COURT DETAILS

| | |
|---|---|
| **Court** | 151st |
| **Address** | 201 CAROLINE (Floor: 11) HOUSTON, TX 77002 Phone:7133686222 |
| **JudgeName** | MIKE ENGELHART |
| **Court Type** | Civil |

## ACTIVE PARTIES

| Name | Type | Post Jdgm | Attorney |
|---|---|---|---|
| KARAALI, ALPER | PLAINTIFF - CIVIL | | |
| 538 IVY CROSS LANE, SUGAR LAND, TX 77479 | | | |
| UBER TECHNOLOGIES INC | DEFENDANT - CIVIL | | RECTOR, JONATHAN GARY |
| 5714 STAR LANE, HOUSTON, TX 77057 | | | |

## INACTIVE PARTIES
No inactive parties found.

APP 001

11/23/2015                              Office of Harris County District Clerk - Chris Daniel

## JUDGMENT/EVENTS

| Date | Description | Order Signed | Post Jdgm | Pgs | Volume /Page | Filing Attorney | Person Filing |
|------|-------------|--------------|-----------|-----|--------------|-----------------|---------------|
| 11/20/2015 | ANSWER ORIGINAL PETITION | | | 0 | | RECTOR, JONATHAN GARY | UBER TECHNOLOGIES INC |
| 10/22/2015 | ORIGINAL PETITION | | | 0 | | | KARAALI, ALPER |
| 10/22/2015 | PAUPER'S OATH | | | 0 | | | KARAALI, ALPER |

## SERVICES

| Type | Status | Instrument | Person | Requested | Issued | Served | Returned | Received | Tracking | Deliver To |
|------|--------|------------|--------|-----------|--------|--------|----------|----------|----------|------------|
| CITATION SERVICE | RETURN/EXECUTED | ORIGINAL PETITION | UBER TECHNOLOGIES INC | 10/22/2015 | 10/22/2015 | 10/28/2015 | | | 73181212 | CONST 1 ALAN ROSEN |

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|--------|----------|-----------|------|-----|
| 67978911 | Defendant's Original Answer and Affirmative Defenses | | 11/20/2015 | 4 |
| 67694112 | Citation | | 10/30/2015 | 3 |
| 67560306 | Original Petition | | 10/22/2015 | 5 |
| -> 67560357 | 1.Exhibit 1 | | 10/22/2015 | 3 |
| -> 67560358 | 1.Exhibit 2 | | 10/22/2015 | 2 |
| -> 67560359 | 1.Exhibit 3 | | 10/22/2015 | 3 |
| -> 67560347 | Affidavit of Indigency | | 10/22/2015 | 2 |
| -> 67560361 | Civil Process Request | | 10/22/2015 | 1 |
| -> 67560360 | Civil/Family Case Information Sheet | | 10/22/2015 | 1 |

APP 002

# Exhibit 2

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

CONFIRMED FILE DATE: 10/22/2015

*p. 5*

FILED
Chris Daniel
District Clerk

Time: _____

OCT 22 2015

By _____  11:53

Harris County, Texas

Deputy

CAUSE NO : **2015 63015**

Plaintiff,

Alper Karaali                          IN  THE  DISTRICT  COURT  OF

         v.                            HARRIS  COUNTY  TEXAS

Defendant.                             ___151__ JUDICAL  DISTRICT

Uber Technologies, Inc.

## INTRODUCTION

   Alper Karaali applied to become Uber partner and accepted on Oct 2014. Drives his own car, Nissan Armada 2010 and responsible all the expenses, including fuel, insurance  and maintenance. Plaintiff's car listed as Uber XL, according to size of the vehicle. Uber sends signal to Plaintiff's smart phone app. when there is request from a customer and Plaintiff gives the customer ride. Charges made  directly to the customer by Uber and share of charge paid to the Plaintiff by Uber fallowing week. There is no money exchange between Plaintiff and customer. According to Uber's representation, there is no interference by Uber for which customer calls goes to which driver, whole system works independently by app. Plaintiff works as independent contractor for Uber.

## DISCOVERY CONTROL PLAN

   Plaintiff intends to conduct discovery pursuant  to level 2 of Texas Rule of Civil Procedure 190.3 .

1

Certified Document Number: 67560306 - Page 1 of 5

*10224114*
APP 003

## PARTIES

Plaintiff, Alper Karaali, Pro Se.

Address: 538 Ivy cross lane   Sugar Land TX, 77479.  Ph. 281-704-0052,

e-mail : atkaraali@aol.com.

Defendant , Uber Technologies inc.

Address: 5714 Star Lane, Houston TX, 77057

## JURISDICTION

The Court has jurisdiction over this lawsuit because the amount in controversy exceeds this Court's minimum jurisdictional requirements.

## VENUE

Venue is proper  in Harris County , Texas because  all  of the events giving  rise  to  the claims occurred  or  connected to in Harris County, Texas.

## JURY DEMAND

Plaintiff, Alper Karaali respectfully demands jury trial.

## CLAIM

Plaintiff seeks  total  damages within  the  jurisdictional limits if this Court but not to exceed $3,000,000.

Certified Document Number: 67560306 - Page 2 of 5

2

## FACTUAL BACKGROUND

During the sign up process, Uber represented that Plaintiff is an independent contractor, free to drive whenever he wants, wherever he wants ( exhibit 1 ). Plaintiff is residing in Sugar Land and wanted to work in this town. Uber continuously put pressure on Plaintiff to drive in Houston area, specifically in Galleria, West University and Downtown area. Uber also start sending Uber X calls ,designed  for small cars ,with the charge amount half of the Uber XL cars. Uber claimed that Plaintiff must accept X calls.

Plaintiff's car Nissan Armada and average gas mileage is 14 miles/gallon. Uber continuously sent calls to Plaintiff 15-20 miles away with the charge of $5. For any ride's charge Uber supposed to gets %20 for X and %28 for XL. In fact Uber was receiving $2 out of that $5, which is %40. Plaintiff was driving 20-30 miles, spending $4-6 gas and about an hour, ending up getting paid $3 to able to make $2 for Uber. Plaintiff's countless complaints disregarded by Uber.

Beginning of 2015, Uber made an agreement with City of Houston. According to this agreement all the Uber cars and drivers must obtain license from City to able to drive inside the Houston city limits. Plaintiff obtained such license, paid for the cost. Sometime on June-July 2015, after a Hobby airport ride, City of Houston employee took out Plaintiff's license from his car's windshield and asked him to get a new one. Plaintiff complained to Uber but they did nothing. When Plaintiff applied to City for renewal , it was rejected. Plaintiff complained to Uber once more and decided to drive outside of the City of Houston limits to prevent City's abuse. Uber agreed (exhibit 2).

As the Uber instructed, Plaintiff was not accepting any calls from City of Houston. Since the signal goes the closest car and Uber did not put any block to Plaintiff's app for not to receive signal from City of Houston,

3

Certified Document Number: 67560306 - Page 3 of 5

sometimes Plaintiff was receiving calls from Houston even he wasn't in the limits of Houston because of close proximity.

Plaintiff wasn't accepting these calls coming from City of Houston because Uber told him must not. Uber deactivated Plaintiff on Sep 8, 2015 for 48 hours, saying that Plaintiff's acceptance rate is low ( exhibit 3 ). Uber asked  Plaintiff to increase acceptance rate and continuously asked him to go Houston on busy days like weekends and  on special event  days. Plaintiff avoid going Houston but stop rejecting Houston calls, even he is not in the City of Houston, able to increase acceptance rate, according  to Uber's suggestions. Uber did not objected until Oct 13, 2015 but suddenly on that day blocked Plaintiff's app. , showing reason of acceptance for Houston call.

<div align="center">

**PLAINTIFF SUES FOR**

</div>

### Tortious Interference With Contract / Relationship

Uber forced Plaintiff worked in City of Houston while must not. Deactivated Plaintiff when he didn't, asked him do. Blocked his app. when he did, told him he should not. Prevent him to earn income that most needed.

### Negligent Misrepresentation

Uber gave contract to Plaintiff and showed him his earning percentage would be %72 for UberXL rides and %80 for Uber X rides, but most of the time paid less percentage.

Certified Document Number: 67560306 - Page 4 of 5

### Deceptive Trade Practices

Uber failed to put distance limit to the calls which was sent to the Plaintiff and forced him to accept for their own financial gain, knowing that Plaintiff would lose money. Uber forced Plaintiff accept uberX calls for smaller cars, knowing that it wouldn't be economical for his big car. Uber failed to pay for cancelled or not showed up rider calls to the Plaintiff, in spite of Uber declared they will on their contract.

### PRAYER

Plaintiff respectfully request that The Court enter judgment against to Defendant for the fallowing,

a- Actual loss of income,
b- Damages because of loss of income,
c- Exemplary damages,
d- Pre-judgment and post-judgment interest,
e- Future loss of income,
f- Mental and emotional pain, suffering and anguish.

Dated Oct 21, 2015

Respectfully submitted,

Alper Karaali, Plaintiff
538 Ivy cross lane
Sugar Land TX, 77479
ph. 281-704-0052

Certified Document Number: 67560306 - Page 5 of 5

5



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   November 3, 2015

Certified Document Number:        67560306 Total Pages:  5

*Chris Daniel*

Chris Daniel, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

# Exhibit 3

P.2

CONFIRMED FILE DATE: 10/22/2015

RECORDER'S MEMORANDUM
This instrument is of poor quality at the time of imaging

NOTICE: THIS FORM CONTAINS SENSITIVE DATA.

Cause Number: 2015-63015

Petitioner/Plaintiff: ALPER KARAALI

In the 151 ☒ District Court ☐ County Court at Law ☐ Justice of the Peace

Respondent/Defendant: ______

Harris County, Texas

# Affidavit of Indigency

*(Request to Not Pay Court Fees)*

Use this form to ask the court not to charge you for court fees. This form is [illegible] "[illegible] Court Costs" or [illegible] You can only use this form if: (1) you get public benefits because [illegible] you can't pay court fees. The information you give on this form must be [illegible]

You must either 1) sign this form in front of a notary public or 2) sign this form and sign and attach a completed "Unsworn Declaration" form. By signing in front of a notary [illegible] that the information provided is true and correct. [illegible] signing and attaching an "Unsworn Declaration" form [illegible] penalty of perjury that the information provided is true and correct.

You can be prosecuted if [illegible] this form. [illegible] the court may or may not [illegible] the court [illegible] to answer [illegible]

FILED
Chris Daniel
District Clerk
OCT 22 2015
Time: 11:53
By: Harris County, Texas
Deputy

① **The person who signed this affidavit appeared, in person, before me, the undersigned notary, and stated under oath:**

"My name is Alper Karaali My phone number is (281) 704-0052

"My mailing address is 538 Ivy Cross Ln. Sugar Land TX 77479

"My email address is ATKARAALI@AOL.COM

"I am above the age of eighteen (18) years, and I am fully competent to make this affidavit. I am unable to pay court costs. The nature and amount of my income, resources, debts, and expenses are described in this form.

② "I receive these public benefits/government entitlements that are based on indigency: N/A

SSI WIC Food Stamps/SNAP TANF Medicaid CHIP AABD
Needs-based VA Pension County Assistance, County Health Care, or General Assistance (GA)
LIS in Medicare ("Extra Help") Community Care via DADS Low-Income Energy Assistance
Emergency Assistance Child Care Assistance under Child Care and Development Block Grant
Public Housing Other: ______

③ "My income sources are stated below.

Unemployed since: March 2012 -or-
Wages: I work as a ______ for ______

Child/spousal support My spouse's income or income from another member of my household
Tips, bonuses Military Housing Worker's Comp Disability Unemployment Social Security
Retirement/Pension Dividends, interest, royalties 2nd job or other income: ______

④ "My income amounts are stated below.

(a) My monthly net income *after taxes* are taken out is: → $ 0
(b) The amount I receive each month in public benefits is: → + $ 0
(c) The amount of income from other people in my household is:* → + $ 0
(d) The amount I receive each month from other sources is: → + $ 0
(e) My TOTAL monthly income is *Add all sources of income above→* = $ 0

Certified Document Number: 67560347 - Page 1 of 2

⑤ About my *dependents*: "The people who depend on me financially are listed below:

Name _____ Age _____

1 Isabel Karachi – Daughter
2 Michelle Karachi – Daughter
3
4
5
6

⑥ *My property includes:*

| | Value* |
|---|---|
| Cash | $ 20 |
| Bank accounts, other financial assets | $ 83 |
| | $ |
| | $ |
| Vehicles (cars, boats) (list make and model) | $ 10,000 |
| | $ |
| | $ |
| Real estate (house or land) (Do not list the house you live in.) | $ 0 |
| | $ |
| Other property (like jewelry, stocks, etc.) | $ 0 |
| | $ |

**Total value of property →** = $ 10,103

⑦*My monthly expenses are:*

| | Amount |
|---|---|
| Rent/house payments/maintenance | $ |
| Food and household supplies | $ 1000 |
| Utilities and telephone | $ 600 |
| Clothing and laundry | $ |
| Medical and dental expenses | $ 200 |
| Insurance (life, health, auto, etc) | $ 400 |
| School and child care | $ 600 |
| Vehicle payments | $ 600 |
| Gas, bus fare, auto repair | $ 400 |
| Child / spousal support | $ |
| Wages withheld by court order | $ |
| Debt payments | $ |
| Other expenses (Describe) | $ |
| | $ |
| | $ |
| | $ |

**Total monthly Expenses →** = $ 3,800

⑧ *My debts include:* Aprox $ 1,000,000 Judgments

Check here if you attach another page.

⑨ "I am unable to pay court costs. I verify that the statements made in this affidavit are true and correct."

⑩ Your Signature.

▶ _____    10/15/2015

State of Texas
County of Fort Bend

Sworn to and subscribed before me today, 10/15/2015 by SYED FAHIM AHMED

▶ _____

SYED FAHIM AHMED
Notary Public, State of Texas
My Commission Expires
August 07, 2019

Certified Document Number: 67560347 - Page 2 of 2



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   November 3, 2015

Certified Document Number:        67560347 Total Pages:  2

Chris Daniel, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

APP 011

# Exhibit 4

*P. 3*

**RECORDER'S MEMORANDUM**
**This instrument is of poor quality**
**at the time of imaging**

NOT INTERESTED IN DRIVING?     SIGN UP TO RIDE (HTTPS://GET.UBER.COM)

# SIGN UP TO DRIVE

**ALREADY HAVE AN ACCOUNT?**

**(/LOGIN/)**

OR CREATE A NEW ACCOUNT

| First Name | Last Name |
|---|---|

name@example.com

Phone

Password (At least 5 characters)

City

Invite Code (optional)

Where did you hear about us?

## NEXT

☐   I PLAN TO DRIVE A LIVERY OR TAXI VEHICLE.

By proceeding, I agree that Uber or its representatives may contact me by email, phone, or SMS (including by automatic telephone dialing system) at the email address or number I provide, including for marketing purposes. I have read and understand the relevant Driver Privacy Statement. (https://www.uber.com/legal/privacy/drivers-us)

Exhibit
1

CONFIRMED FILE DATE: 10/22/2015

Certified Document Number: 67560357 - Page 1 of 3

# MAKE GOOD MONEY.

Got a car? Turn it into a money machine. The city is buzzing and Uber makes it easy for you to cash in on the action. Plus, you've already got everything you need to get started.

# DRIVE WHEN YOU WANT.

Need something outside the 9 to 5? As an independent contractor with Uber, you've got freedom and flexibility to drive whenever you have time. Set your own schedule, so you can be there for all of life's most important moments.

Certified Document Number: 67560357 - Page 2 of 3

**Sign Up To Drive With Uber – Earn Cash With Your Car**                   **Page 3 of 3**

# NO OFFICE, NO BOSS.

Whether you're supporting your family or saving for something big, Uber gives you the freedom to get behind the wheel when it makes sense for you. Choose when you drive, where you go, and who you pick up.

Certified Document Number: 67560357 - Page 3 of 3



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   November 3, 2015

Certified Document Number:        67560357 Total Pages:  3

Chris Daniel, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

# Exhibit 5

[Uber] Re: TNC

**RECORDER'S MEMORANDUM**
This Instrument is of poor quality
at the time of imaging

Page 1 of 2

P. 2

**From:** Alicia (Uber Partner Support) <partnershouston@uber.com>
**To:** Albert Karaali <atkaraali@aol.com>
**Subject:** [Uber] Re: TNC
**Date:** Wed, Jul 15, 2015 5:36 pm

CONFIRMED FILE DATE : 10/22/2015

# U B E R

##- Please type your reply above this line -##

Your request (45169781) has been updated. To add additional comments, reply to this email.

**Alicia** (Uber)
Jul 15, 15:36

Hello Albert,

Alicia here, happy to help!

I have adjusted your account to reflect that you do not want to drive within the Houston city limits. As a reminder, you may drop off passengers in Houston but you cannot pick up, after dropping them off please go offline and head back out of the city to continue driving.

The Houston team is monitoring all pick ups, if we see one from your account within the city limits you will be wait listed until the permit is uploaded.

If there is anything else I can do to be helpful, please don't hesitate to let me know.

Alicia
help.uber.com

**Albert Karaali**
Jul 13, 15:28

Hello,
I received email regarding TNC licence fee. I don't have TNC licence anymore, for that reason no charges should apply to my account. My TNC licence taken away from my windshield by city employee. When I go to renew and waiting 2 hours , city employee didn't accept my registration sticker or registration paper that I used for getting Airport licence. They suggested me to go to fort



EXHIBIT
2

Certified Document Number: 67560358 - Page 1 of 2

bend court and get registration paper .
As you should recall, I sent you email, I do not want to deal with this garbage
city of houston, I live in Sugar Land and I want to operate only in SUgar Land,
katy, richmond, Rosenberg, Stanford and Missouri city Tx. If I have a rider goes
to houston or the airport, I'll drop and get out of Houston city limits.
Sent from AOL Mobile Mail

This email is a service from Uber.

Message-Id:NN4NBAXE_55a6e08276c5b_62643fc319ecd328376d4_sprut

Certified Document Number: 67560358 - Page 2 of 2



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   November 3, 2015

Certified Document Number:        67560358 Total Pages:  2

Chris Daniel, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

# Exhibit 6

[Uber] Re: Re: UBER: Acceptance Concerns                                    Page 1 of 3



**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

**From:** Mary (Uber Partner Support) <partnershouston@uber.com>
**To:** Albert Karaali <atkaraali@aol.com>
**Subject:** [Uber] Re: Re: UBER: Acceptance Concerns
**Date:** Tue, Sep 8, 2015 4:36 pm

# U B E R

## -- Please type your reply above this line -##

Your request (59697825) has been updated. To add additional comments, reply to this email.

**Mary** (Uber)
Sep 8, 14:36

Hi Albert,

Thank you for your email regarding your temporary account deactivation. I am sorry to hear about this experience.

A low acceptance rate creates poor customer experiences for our customers as well as partners. Email was sent to you several times regarding your acceptance rate to make you aware of your status and hopefully help you to improve it. I know that this is frustrating but it is just a temporary deactivation and you can get back on the road again on 2015-09-10 at 12 PM.

Please use the below pro-tips to improve your acceptance rate after your deactivation period

Pro-Tip #1: Only log online on the Uber app when you are in your vehicle and ready to take a trip.

Pro-Tip #2: Always double check that you are offline and the app is closed before stopping driving.

If there is anything else I can help you with, please don't hesitate to reach out.

Best,

Mary
help.uber.com

EXHIBIT 3

**Albert Karaali**

https://mail.aol.com/webmail-std/en-us/PrintMessage                10/20/2015

APP 019

Sep 8, 13:59

Dear Uber team,
After completing my last trip around 2:00 pm today, I received a download to
my app and couldn't go online after that. I found out that you sent me e mail
at 11:00 am for 48 hours deactivation with no prior notice to cure. Texas law
applies to our contract and requires 30 days notice to cure if any default exist.
Without giving any notice to cure and deactivating my account with your sole
decision you are breaching the contract.
Take notice this e mail as legal notice and activate my account upon receival.

As it might forgotten, I'm no longer drive Uber in city of Houston limits. As
Uber instructed and we are agree, if I receive request from Houston, I will
reject to protect UBer's contract with city of Houston. I fallowed your
instructions promptly.
– Sometimes after I dropped my rider inside the city limits, I received another
request before I got chance to go offline and I did not take this call as
instructed
– Sometimes In spite of I'm out of city of Houston limits, still get request from
Houston because of close distance but I did not take it as instructed.
Both of this case might increase my non acceptance rate which I don't like and
in the future if UBer's agreement with Houston changes, I will gladly take this
calls. Purpose of this rejection to protect Uber's contract with City of Houston
and not to take advantage of the App's signal.
– I also reject request if I had bad experience with the caller previously to
prevent escalation of further problems, also prevent legal liability for Uber.
–Only instance might be arguable when request comes from very far distance
( 20 miles or more) as of X since my car is XL (Nissan Armada) and I realize
that 17-18 minutes time given to reach to destination won't be enough and
also economical.

Otherwise I remained royal to Uber all this time, even not pursue any legal
remedies against to City of Houston when I abused by them, just to protect
Uber's contract. I'm expecting immediate activation.

Kind regards.
Sent from AOL Mobile Mail


-----Original Message-----
From: Uber <email@et.uber.com>
To: atkaraali <atkaraali@aol.com>

Certified Document Number: 67560359 - Page 2 of 3

Sent: Tue, Sep 8, 2015 11:00 AM
Subject: UBER: Acceptance Concerns

<div id="AOLMsgPart_1_6463481a-be7c-43e0-867f-d0de932f21f2"
style="margin: 0px;font-family: Tahoma, Verdana, Arial, Sans-Serif;font-size:
12px;color: #000;background-color: #fff;">

<pre style="font-size: 9pt;"><tt>Hello --

Uber takes trip acceptance rates very seriously and your account
has been identified as having an acceptance rate far below your peers. Based
on
this information your account has been temporarily deactivated for 48
hours.

Each ride request is sent to the nearest vehicle to a rider on Uber
and therefore a lower acceptance rate creates higher ETAs for our partners and
riders. Higher ETAs create poor experiences for customers and lower earnings
for
our partners.

Your account will be reactivated by Thursday at 12PM. If we do
not a see significant increase in your trip acceptance rate your account will
face permanent deactivation.

Regards,
Team Uber
</tt></pre>
<!-- end of AOLMsgPart_1_6463481a-be7c-43e0-867f-d0de932f21f2 -->
</div>

This email is a service from Uber.

Message-Id:Q9TGCR1C_55ef54dd5faa8_712a3fc336acd32815019b_sprut

Certified Document Number: 67560359 - Page 3 of 3



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   November 3, 2015

Certified Document Number:       67560359 Total Pages:  3

*Chris Daniel*

Chris Daniel, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

APP 022

# Exhibit 7

CIVIL CASE INFORMATION SHEET

CAUSE NUMBER *(FOR CLERK USE ONLY):* **2015 63015**   COURT *(FOR CLERK USE ONLY):* ___151___

STYLED _____

*(e.g. John Smith v. All American Insurance Co, In re Mary Ann Jones, In the Matter of the Estate of George Jackson)*

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

| 1. Contact information for person completing case information sheet: | Names of parties in case: | Person or entity completing sheet is: |
|---|---|---|
| Name: **Alper Kasaali** <br> Email: **Atkasaali@aol.com** | Plaintiff(s)/Petitioner(s): <br> **Alper Kasaali** | ☐ Attorney for Plaintiff/Petitioner <br> ☑ Pro Se Plaintiff/Petitioner <br> ☐ Title IV-D Agency <br> ☐ Other: |
| Address: **538 Ivy Cross Ln** <br> Telephone: **281-704-0052** | | Additional Parties in Child Support Case: |
| City/State/Zip: **Sugar Land, TX 77479** <br> Fax: | Defendant(s)/Respondent(s): <br> **Uber Technologies, Inc.** | Custodial Parent: <br><br> Non-Custodial Parent: |
| Signature: | State Bar No: | Presumed Father: |
| | *[Attach additional page as necessary to list all parties]* | |

## 2. Indicate case type, or identify the most important issue in the case *(select only 1)*:

| Civil | | | Family Law |
|---|---|---|---|
| **Contract** | **Injury or Damage** | **Real Property** | **Marriage Relationship** / **Post-judgment Actions (non-Title IV-D)** |

**Civil**

*Contract*

Debt/Contract
- ☐ Consumer/DTPA
- ☐ Debt/Contract
- ☐ Fraud/Misrepresentation
- ☐ Other Debt/Contract

Foreclosure
- ☐ Home Equity—Expedited
- ☐ Other Foreclosure
- ☐ Franchise
- ☐ Insurance
- ☐ Landlord/Tenant
- ☐ Non-Competition
- ☐ Partnership
- ☐ Other Contract

*Injury or Damage*
- ☐ Assault/Battery
- ☐ Construction
- ☐ Defamation
- Malpractice
  - ☐ Accounting
  - ☐ Legal
  - ☐ Medical
  - ☐ Other Professional Liability
- ☐ Motor Vehicle Accident
- ☐ Premises
- Product Liability
  - ☐ Asbestos/Silica
  - ☐ Other Product Liability List Product
- ☐ Other Injury or Damage:

*Real Property*
- ☐ Eminent Domain/Condemnation
- ☐ Partition
- ☐ Quiet Title
- ☐ Trespass to Try Title
- ☐ Other Property:

*Related to Criminal Matters*
- ☐ Expunction
- ☐ Judgment Nisi
- ☐ Non-Disclosure
- ☐ Seizure/Forfeiture
- ☐ Writ of Habeas Corpus—Pre-indictment
- ☐ Other:

**Family Law**

*Marriage Relationship*
- ☐ Annulment
- ☐ Declare Marriage Void
- Divorce
  - ☐ With Children
  - ☐ No Children

*Other Family Law*
- ☐ Enforce Foreign Judgment
- ☐ Habeas Corpus
- ☐ Name Change
- ☐ Protective Order
- ☐ Removal of Disabilities of Minority
- ☐ Other:

*Post-judgment Actions (non-Title IV-D)*
- ☐ Enforcement
- ☐ Modification—Custody
- ☐ Modification—Other

*Title IV-D*
- ☐ Enforcement/Modification
- ☐ Paternity
- ☐ Reciprocals (UIFSA)
- ☐ Support Order

*Parent-Child Relationship*
- ☐ Adoption/Adoption with Termination
- ☐ Child Protection
- ☐ Child Support
- ☐ Custody or Visitation
- ☐ Gestational Parenting
- ☐ Grandparent Access
- ☐ Parentage/Paternity
- ☐ Termination of Parental Rights
- ☐ Other Parent-Child:

| Employment | Other Civil | |
|---|---|---|

*Employment*
- ☐ Discrimination
- ☐ Retaliation
- ☐ Termination
- ☐ Workers' Compensation
- ☐ Other Employment:

*Other Civil*
- ☐ Administrative Appeal
- ☐ Antitrust/Unfair Competition
- ☐ Code Violations
- ☐ Foreign Judgment
- ☐ Intellectual Property
- ☐ Lawyer Discipline
- ☐ Perpetuate Testimony
- ☐ Securities/Stock
- ☐ Tortious Interference
- ☐ Other:

| Tax | Probate & Mental Health | |
|---|---|---|

*Tax*
- ☐ Tax Appraisal
- ☐ Tax Delinquency
- ☐ Other Tax

*Probate & Mental Health*
- Probate/Wills/Intestate Administration
  - ☐ Dependent Administration
  - ☐ Independent Administration
  - ☐ Other Estate Proceedings
- ☐ Guardianship—Adult
- ☐ Guardianship—Minor
- ☐ Mental Health
- ☐ Other:

*(stamp)* **FILED Chris Daniel District Clerk OCT 22 2015 Time: 11:52 Harris County, Texas Deputy**

## 3. Indicate procedure or remedy, if applicable *(may select more than 1)*:

- ☐ Appeal from Municipal or Justice Court
- ☐ Arbitration-related
- ☐ Attachment
- ☐ Bill of Review
- ☐ Certiorari
- ☐ Class Action
- ☐ Declaratory Judgment
- ☐ Garnishment
- ☐ Interpleader
- ☐ License
- ☐ Mandamus
- ☐ Post-judgment
- ☐ Prejudgment Remedy
- ☐ Protective Order
- ☐ Receiver
- ☐ Sequestration
- ☐ Temporary Restraining Order/Injunction
- ☐ Turnover

## 4. Indicate damages sought *(do not select if it is a family law case)*:

- ☐ Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
- ☐ Less than $100,000 and non-monetary relief
- ☐ Over $100,000 but not more than $200,000
- ☐ Over $200,000 but not more than $1,000,000
- ☐ Over $1,000,000

CONFIRMED FILE DATE: 10/22/2015

Certified Document Number: 67560360 - Page 1 of 1



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   November 3, 2015

Certified Document Number:         67560360 Total Pages:   1

Chris Daniel, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

# Exhibit 8

CONFIRMED FILE DATE: 10/22/2015

# CIVIL PROCESS REQUEST

| FOR EACH PARTY SERVED YOU MUST FURNISH ONE (1) COPY OF THE PLEADING |
| --- |
| FOR WRITS FURNISH TWO (2) COPIES OF THE PLEADING PER PARTY TO BE SERVED |

**CASE NUMBER:** 2015 63015            **CURRENT COURT:** _151_

**TYPE OF INSTRUMENT TO BE SERVED (See Reverse For Types):** _____

**FILE DATE OF MOTION:** _____
                          Month/      Day/      Year

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

1. **NAME:** UBER Technologies Inc.
   **ADDRESS:** 5714 Star Lane, Houston TX, 77057
   **AGENT, (if applicable):** OFFICE HOURS: Tue Wed Thur 10am-5pm, FRI 10am-3pm

**TYPE OF SERVICE/PROCESS TO BE ISSUED (see reverse for specific type):** _____

**SERVICE BY (check one):**
- ☐ ATTORNEY PICK-UP                    ☒ CONSTABLE
- ☐ CIVIL PROCESS SERVER - Authorized Person to Pick-up: _____     Phone: _____
- ☐ MAIL                                ☐ CERTIFIED MAIL.
- ☐ PUBLICATION:
    Type of Publication:   ☐ COURTHOUSE DOOR, or
                           ☐ NEWSPAPER OF YOUR CHOICE: _____
- ☐ OTHER, explain _____

**• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • F·I·L·E·D • • •**

**• • • •**

Chris Daniel
District Clerk

2. **NAME:** _____
   **ADDRESS:** _____                         **Time:** OCT 22 2015
   **AGENT, (if applicable):** _____           11:53
                                                         Harris County, Texas
                                                         By _____
                                                         Deputy

**TYPE OF SERVICE/PROCESS TO BE ISSUED (see reverse for specific type):** _____

**SERVICE BY (check one):**
- ☐ ATTORNEY PICK-UP                    ☐ CONSTABLE
- ☐ CIVIL PROCESS SERVER - Authorized Person to Pick-up: _____     Phone: _____
- ☐ MAIL                                ☐ CERTIFIED MAIL.
- ☐ PUBLICATION:
    Type of Publication:   ☐ COURTHOUSE DOOR, or
                           ☐ NEWSPAPER OF YOUR CHOICE: _____
- ☐ OTHER, explain _____

**ATTORNEY (OR ATTORNEY'S AGENT) REQUESTING SERVICE:**
**NAME:** Alper Karaali          **TEXAS BAR NO./ID NO.** Pro Se
**MAILING ADDRESS:** 538 Ivy Cross Ln Sugar Land TX 77479
**PHONE NUMBER:** 281   704-0052          **FAX NUMBER:** _____
                  area code   phone number                area code   fax number
**EMAIL ADDRESS:** Atkaraali@aol.com

Certified Document Number: 67560361 - Page 1 of 1



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   November 3, 2015

Certified Document Number:        67560361 Total Pages: 1

Chris Daniel, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

APP 026

# Exhibit 9

CAUSE NO. 201563015

AFFIDAVIT OF INABILITY
TO PAY COST FILED WITH PLEADING.

RECEIPT  NO. 19994
10-22-2015

0.00          CO1
TR # 73181212

PLAINTIFF: KARAALI, ALPER
    vs.
DEFENDANT: UBER TECHNOLOGIES INC

In The  151st
Judicial District Court
of Harris County, Texas
151ST DISTRICT COURT
Houston, TX

CITATION

THE STATE OF TEXAS
County of Harris

**F I L E D**
Chris Daniel
District Clerk

OCT 3 0 2015

Time:_____
Harris County, Texas
By_____
Deputy

TO: UBER TECHNOLOGIES INC
    5714 STAR LANE  HOUSTON TX 77057

Attached is a copy of PLAINTIFF'S ORIGINAL PETITION

This instrument was filed on the 22nd day of October, 2015, in the above cited cause number
and court. The instrument attached describes the claim against you.

    YOU HAVE BEEN SUED,  You may employ an attorney.  If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you.

TO OFFICER SERVING:
    This citation was issued on 22nd day of October, 2015, under my hand and
seal of said Court.

Issued at request of:
KARAALI, ALPER
538 IVY CROSS LANE
SUGAR LAND, TX 77479

Bar No.: 1

CHRIS DANIEL, District Clerk
Harris County, Texas
201 Caroline      Houston, Texas 77002
(P.O. Box 4651, Houston, Texas 77210)

GENERATED BY: CHAMBERS, WANDA RENE   ULW/9YN/1022411

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock _____ .M., on the _____ day of _____, _____.

Executed at (address) _____ in

_____ County at _____ o'clock _____.M., on the _____ day of _____,

_____, by delivering to _____ defendant, in person, a
true copy of this Citation together with the accompanying _____    copy(ies) of the
    Petition
attached thereto and I endorsed on said copy of the Citation the date of delivery.
To certify which I affix my hand officially this _____ day of _____, _____.

Fee: $_____

_____

_____ of _____ County, Texas

_____
    Affiant

By _____
    Deputy

On this day, _____, known to me to be the person whose
signature appears on the foregoing return, personally appeared . After being by me duly sworn,
he/she stated that this citation was executed by him/her in the exact manner recited on the
return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, _____.

Notary Public

N.INT.CITR.P

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

CONFIRMED FILE DATE: 10/30/2015

Certified Document Number: 66990412 - Page 1 of 3

APP 027



**Cause #:** 201563015
**Tracking #:** 73181212
**Person To Serve:** UBER
TECHNOLOGIES INC

## Constable Return of Corporation

Cause #: <u>201563015</u>                                   Tracking #: <u>73181212</u>

In the case of <u>KARAALI, ALPER</u> VS <u>UBER TECHNOLOGIES INC</u> a <u>CITATION</u> and attached __was issued by the <u>151st district</u> court of <u>Harris</u> County, and came to hand on the <u>27</u> day of <u>October</u>, <u>2015</u> at <u>12:19PM</u> to be delivered at <u>5714 Star Lane</u>, <u>Houston</u>, TX <u>77057</u> by delivering to: <u>UBER TECHNOLOGIES INC</u>

## Service of Corporation

Executed the same in <u>Harris</u> County, Texas, on the <u>28</u> day of <u>October</u>, <u>2015</u> at <u>10:43AM</u> by summoning <u>UBER TECHNOLOGIES INC</u> a Corporation at <u>5714 Star Lane</u>, <u>Houston</u>, Texas <u>77057</u> By delivering to <u>JORDAN WRAY</u> in person the <u>manager</u> of said Corporation a true copy of this <u>CITATION</u>, together with the accompanying certified copy of the _

Fee $ <u>NF</u>

by Deputy <u>Mark Richie</u>
                Printed

Deputy Signature

Attempts:        1

**Phil Camus , Constable Precinct #5**

**Harris County Texas**

17423 Katy Freeway
Houston, Texas 77094

F I L E D

Chris Daniel
District Clerk

OCT 3 0 2015

Time:

Harris County, Texas

By

Deputy

APP 029



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   November 3, 2015

Certified Document Number:        67694112 Total Pages:   3

Chris Daniel, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

# Exhibit 10

11/20/2015 3:36:42 PM
Chris Daniel - District Clerk Harris County
Envelope No. 7932217
By: VERONICA GONZALEZ
Filed: 11/20/2015 3:36:42 PM

NO.  2015-63015

| ALPER KARAALI, | § | IN THE DISTRICT COURT OF |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | HARRIS COUNTY, TEXAS |
| | § | |
| UBER TECHNOLOGIES, INC., | § | |
| | § | |
| Defendant. | § | 151 JUDICIAL DISTRICT |

---

### DEFENDANT'S ORIGINAL ANSWER
### AND AFFIRMATIVE DEFENSES

---

Defendant Uber Technologies, Inc., ("Defendant" or "Uber") files its Original Answer to Plaintiff's Original Petition and shows the Court as follows:

## I.
## GENERAL DENIAL

As authorized by Rule 92 of the Texas Rules of Civil Procedure, Defendant enters a general denial of the matters pleaded in Plaintiff's Original Petition and requests the Court require Plaintiff to prove each of his charges, claims, and allegations by a preponderance of the evidence or clear and convincing evidence as required by the Constitution and the laws of the State of Texas.  Defendant respectfully requests that it be allowed to plead further and additional defenses in this cause as the facts surrounding this matter are developed.

## II.
## ADDITIONAL DEFENSES

By way of further answer, and without limiting in any way its general denial, Defendant pleads the following additional defenses.  To the extent any defense or legal theory may be interpreted as inconsistent, such defenses or legal theories are pled in the alternative.

Certified Document Number: 67978911 - Page 1 of 4

### FIRST DEFENSE

Defendant pleads that Plaintiff's claims are subject to a valid, binding, and enforceable arbitration agreement.

### SECOND DEFENSE

Defendant pleads that Plaintiff's Original Petition should be dismissed, in whole or in part, for his failure to state a claim upon which relief can be granted.

### THIRD DEFENSE

Defendant pleads that Plaintiff's claims are barred, in whole or in part, by his failure to comply with the applicable statutes of limitation.

### FOURTH DEFENSE

Defendant pleads that Plaintiff has failed to allege facts sufficient to state a claim for punitive damages.

### FIFTH DEFENSE

Defendant pleads that Plaintiff's damages are limited by all applicable damages caps and limitations provided by law, including Chapter 41 of the Texas Civil Practice and Remedies Code and all other similar limitations.

### SIXTH DEFENSE

Defendant pleads that Plaintiff's damages, if any, were not caused by Defendant, rather they were caused by Plaintiff or third parties.

### SEVENTH DEFENSE

Defendant pleads that no act or omission on their part proximately caused any of Plaintiff's alleged injuries or damages.

Certified Document Number: 67978911 - Page 2 of 4

### EIGHTH DEFENSE

Defendant pleads that Plaintiff's tortious interference with an existing contractual relationship claim should be dismissed because Plaintiff fails to allege any facts which support that Defendant willfully or intentionally interfered with any valid contract between Plaintiff and a third party.

### NINTH DEFENSE

Defendant pleads that Plaintiff has failed to mitigate any and all damages, and that Defendant is entitled to an offset for any amounts earned by Plaintiff or which Plaintiff should have earned.

### TENTH DEFENSE

Defendant pleads that Plaintiff's claims are barred by Plaintiff's waiver and consent.

### ELEVENTH DEFENSE

Defendant pleads that Plaintiff is not a "consumer" within the meaning of the Texas Deceptive Trade Practices Act.

### TWELFTH DEFENSE

Defendant pleads that Plaintiff neither sought nor acquired goods or services by purchase or lease within the meaning of the Texas Deceptive Trade Practices Act.

### THIRTEENTH DEFENSE

Defendant pleads that it owed no duty to Plaintiff.

### FOURTEENTH DEFENSE

Defendant pleads that it made no material misrepresentation to Plaintiff.

### FIFTEENTH DEFENSE

Defendant reserves the right to assert additional defenses that may become apparent during the defense of this case.

Certified Document Number: 67978911 - Page 3 of 4

## CONCLUSION

Defendant respectfully requests judgment of the Court that Plaintiff take nothing by this suit and that Defendant recover all costs and attorney fees together with any further relief to which Defendant may be entitled.

Dated: November 20, 2015          Respectfully submitted,

         */s/ Jonathan G. Rector*
         Vicki L. Gillette, Bar No. 08957325
         vgillette@littler.com
         Jonathan G. Rector, Bar No. 24090347
         jrector@littler.com

         LITTLER MENDELSON, P.C.
         2001 Ross Avenue
         Suite 1500, Lock Box 116
         Dallas, TX  75201.2931

         ATTORNEYS FOR DEFENDANT
         UBER TECHNOLOGIES, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2015, the foregoing was filed with the Clerk of the Court using the CM/ECF system and served upon Plaintiff via certified mail, return receipt requested, to the following:

Alper Karaali
538 Ivy Cross Lane
Sugar Land, TX  77479

         */s/ Jonathan G. Rector*
         Jonathan G. Rector

Certified Document Number: 67978911 - Page 4 of 4



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   November 23, 2015

Certified Document Number:        67978911 Total Pages:  4

Chris Daniel, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

APP 035

# Exhibit 11

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALPER KARAALI, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. _____ |
| | § | |
| UBER TECHNOLOGIES, INC., | § | |
| | § | |
| Defendant. | § | |
| | § | |

**DECLARATION OF MICHAEL COLMAN IN SUPPORT OF DEFENDANT'S
REMOVAL OF CIVIL ACTION FROM STATE COURT**

I, MICHAEL COLMAN, hereby declare and state:

1.      I am currently an Operations Specialist for Defendant Uber Technologies, Inc. ("Uber"), and I work out of Uber's San Francisco location. I have been employed by Uber since October 19, 2011, and have worked as an Operations Specialist since February 2013. In this role, I consult with local operations teams about various aspects of Uber's operations and I have comprehensive personal knowledge of Uber's general business model. I have personal knowledge of the facts set forth in this Declaration, and I can and would testify to those facts if called and sworn as a witness.

2.      Uber is a privately held corporation incorporated in the State of Delaware. Its headquarters and principal place of business is in San Francisco, California. Uber's primary administrative and financial functions, including human resources, benefits and payroll, are all managed at Uber's headquarters in San Francisco.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed at San Francisco, California, this 23 day of November 2015.

_____

MICHAEL COLMAN

Firmwide:137126788.1 073208.1108

# Exhibit 12

CAUSE NO. 2015-63015

| | | |
|---|---|---|
| ALPER KARAALI, | § | IN THE DISTRICT COURT OF |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | HARRIS COUNTY, TEXAS |
| | § | |
| UBER TECHNOLOGIES, INC., | § | |
| | § | |
| | § | |
| | § | |
| Defendant. | § | 151ST JUDICIAL DISTRICT |

**<u>DEFENDANT UBER TECHNOLOGIES INC.'S NOTICE OF FILING REMOVAL</u>**

Defendant Uber Technologies, Inc. ("Defendant"), by and through its undersigned counsel, hereby gives notice to the 151st Judicial District Court as follows:

1.     On November 24, 2015, Defendant filed a Notice of Removal with the United States District Court for the Southern District of Texas, Houston Division.  A copy of the Notice of Removal is attached hereto as <u>Exhibit A</u>.

2.     In accordance with the provisions of 28 U.S.C § 1446(d), the filing of the Notice of Removal by Defendant in the United States District Court for the Southern District of Texas, Houston Division, effects the removal of this action from this Court's jurisdiction, and this Court "shall proceed no further unless and until the case is remanded" by the federal court.  28 U.S.C. § 1446 (d).

Dated:  November 24, 2015   Respectfully submitted,


/s/ Jonathan G. Rector
Vicki L. Gillette
Texas Bar No. 08957325
vgillette@littler.com
Jonathan G. Rector
Texas Bar No. 24090347
jrector@littler.com

LITTLER MENDELSON, PC
2001 Ross Avenue
Suite 1500, Lock Box 116
Dallas, TX  75201-2931
214.880.8100
214.880.0181 (Facsimile)

ATTORNEYS FOR DEFENDANT
UBER TECHNOLOGIES, INC.


## CERTIFICATE OF SERVICE

On November 24, 2015, I electronically submitted the foregoing document with the clerk of the 151st Judicial District Court of Harris County, Texas, using an Electronic Filing System Provider (EFSP).  I hereby certify that I have served the following *pro se* party of record by certified mail, return-receipt requested, pursuant to Texas Rule of Civil Procedure 21a:

Alper Karaali, *pro se*
538 Ivy Cross Lane
Sugar Land, TX  77479


s/ Vicki L. Gillette
Vicki L. Gillette